

# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2015

No. 04-15-00302-CV

**CITY OF PEARSALL**,
Appellant

v.

Robert **TOBIAS**,
Appellee

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 13-10-00414CVF
Honorable Donna S. Rayes, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to September 25, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Reid E. Meyers                          Albert Lopez
        Reid Meyers, Attorney/Mediator          Law Offices of Albert Lopez
        11118 Wurzbach Rd., Ste. 206            14310 Northbrook Dr., Suite 200
        San Antonio, TX 78230-2448             San Antonio, TX 78232-5049